# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN THOMAS ROBINSON and VICKI LYNN ROBINSON,<br><br>Defendants. | CR 18-44-BLG-SPW<br><br>ORDER |

Pursuant to the Defendants' Motion to Change Plea (Docs. 29 and 30),

IT IS HEREBY ORDERED that the trial in this matter set for Tuesday, November 13, 2018 at 9:00 a.m. is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this 24th day of September, 2018.

SUSAN P. WATTERS
United States District Court Judge

1